Á
DANIEL G. BOGDEN
United States Attorney
ADAM M. FLAKE
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336 / Fax: (702) 388-5087

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cr-161-PMP-GWF |
| PLAINTIFF, | |
| vs. | **GOVERNMENT'S MOTION FOR RESETTING GOVERNMENT'S DEADLINE TO RESPOND TO DEFENDANT'S 28 U.S.C. § 2255 MOTION** |
| CASEY LUCZAK, | |
| DEFENDANT. | |

COMES NOW, the United States of America by and through its attorneys, DANIEL G. BOGDEN, United States Attorney, and ADAM FLAKE, Assistant United States Attorney, and respectfully requests this Court enter an order resetting the Government's deadline to respond to Defendant's 28 U.S.C. § 2255 motion to 30 days after Defendant's former counsel, David Farnham, provides the information requested in the Government's motion to waive the attorney-client privilege. The Government's response is currently due on April 16, 2012.

This order is sought for the following reasons:

1. Defendant has filed a 28 U.S.C. § 2255 motion to vacate, set aside or correct sentence by a person in federal custody, alleging his counsel, David Farnham provided ineffective assistance.

. . .

2. Information from Defendant's former counsel, David Farnham, is necessary in order to respond to Defendant's allegations.

3. The Government has filed a separate motion to waive the attorney-client privilege between Defendant and former counsel, David Farnham, whom Defendant alleges gave ineffective assistance. The Government needs the information requested from Farnham before it can respond to Defendant's 28 U.S.C. § 2255 motion.

**WHEREFORE**, based on the foregoing, it is respectfully requested that this Court reset the Government's deadline for responding to Defendant's 28 U.S.C. § 2255 motion to 30 days after Farnham provides the information requested in the motion to waive the attorney-client privilege.

**DATED** this 9th day of March 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Adam M. Flake
ADAM M. FLAKE
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA, )
        Plaintiff, )
  vs. )
CASEY LUCZAK, )
        Defendant. )

2:08-cr-161-PMP-GWF

**ORDER STAYING GOVERNMENT'S DEADLINE TO RESPOND TO DEFENDANT'S 28 U.S.C. § 2255 MOTION**

Based on the pending application of the Government, and good cause appearing,

**IT IS THEREFORE ORDERED** that the that the Government's deadline for responding to Defendant's 28 U.S.C. § 2255 motion is stayed until 30 days from the date Louis Palazzo provides the information requested in the Government's motion to waive the attorney-client privilege

**DATED:** this _ 28th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the United States Attorney's Office, and is a person of such age and discretion as to be competent to serve papers.

That on March 9, 2012, she filed a copy of **GOVERNMENT'S MOTION FOR RESETTING GOVERNMENT'S DEADLINE TO RESPOND TO DEFENDANT'S 28 U.S.C. § 2255 MOTION** by electronic mail and by U.S. Mail to the following:

**Casey Luczak**
42940-048
HAZELTON
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. Box 2000
Bruceton Mills, WV 26525

    /s/ Terrie Murray
TERRIE MURRAY
Legal Assistant