UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | ) | 2:08-CR-00161-PMP-GWF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| CASEY LUCZAK, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court for consideration is the Letter/Motion of Kevin McLaughlin (Doc. #144) filed June 18, 2013, requesting that he be included in the Order of Restitution (Doc. #91) entered May 27, 2010. Two attorneys on behalf of Plaintiff United States filed separate and somewhat inconsistent Responses to Mr. McLaughlin's Motion (Docs. #146 and #147) on June 21 and June 27, 2013, respectively. Essentially, the Government notes that the business, "Both Feet Films" was included in the original Judgment and Restitution Order (Doc. #91). It appearing, however, from McLaughlin's Letter/Motion (Doc. #144) that McLaughlin is the "victim" entitled to restitution of $6,000, and good cause appearing,

**IT IS ORDERED** that Kevin McLaughlin's Letter/Motion requesting to be included in the Order of Restitution (Doc. #144) filed on June 18, 2013 is **GRANTED**, and that the Clerk of Court shall amend the Judgment (Doc. #91) accordingly.

DATED: July 5, 2013.

_____
PHILIP M. PRO
United States District Judge